UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-11131-MWF(AYPx)** Date: November 19, 2026

Title ***Thomas Atamian v. Delta Air Lines, Inc., et al.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE AND ORDER VACATING SCHEDULING CONFERENCE**

On October 27, 2026, the Court filed an Order Setting Scheduling Conference (the "Order"). (Docket No. 9). Pursuant to the Order, the parties were to meet and confer, and file a Joint Rule 26(f) Report no later than November 18, 2026, and a Scheduling Conference was set on December 2, 2026, at 11:00 a.m.

As of November 19, 2026, the required Joint Rule 26(f) Report has not been filed. Accordingly, the Court **VACATES** the Scheduling Conference on December 2, 2026.

The Court **ORDERS** the parties to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution, or Defendant's Answer should not be stricken and default entered. In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 9, 2026**:

- An agreed-upon Joint Rule 26(f) Report, including a completed Schedule of Pretrial and Trial Dates Worksheet (Exhibit A to the Order).

  OR

- A unilateral report by either party setting forth that party's efforts to comply with the Order, including attempts to meet and confer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-11131-MWF(AYPx)** Date: November 19, 2026

Title ***Thomas Atamian v. Delta Air Lines, Inc., et al.***

If Plaintiff fails to meet and confer to draft a Joint Rule 26(f) Report, that will be construed as a lack of prosecution by Plaintiff, and this action will be dismissed without prejudice.

If Defendant fails to meet and confer to draft a Joint Rule 26(f) Report, that will be construed as a lack of defense by Defendant, and Defendant's Answer will be stricken and default will be entered.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **December 9, 2026,** will result in the sanctions set forth herein.

IT IS SO ORDERED.